# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-8004**  **September Term, 2012**

**1:99-cv-00125-JMF**

**Filed On:** August 2, 2013

In re: Odillia Mutaka Mwani, et al.,

      Petitioners

**BEFORE**:   Henderson, Brown, and Srinivasan, Circuit Judges

## O R D E R

Upon consideration of the petition for leave to file an interlocutory appeal pursuant to 28 U.S.C. § 1292(b), it is

**ORDERED** that petitioners show cause, within 30 days of the date of this order, why the petition should not be denied on the ground that petitioners lack standing to appeal because the challenged order was not adverse to them. See Sea-Land Serv., Inc. v. Dep't of Transp., 137 F.3d 640, 647 (D.C. Cir. 1998) (discussing "principle that prevailing parties lack standing to appeal"); Int'l Bhd. of Elec. Workers v. Interstate Commerce Comm'n, 862 F.2d 330, 334 (D.C. Cir. 1988) (discussing "interests held to be sufficient to confer appellate standing on an otherwise prevailing party"). The response to the order to show cause may not exceed 20 pages. Failure to comply with this order will result in dismissal of the petition for lack of prosecution. See D.C. Cir. Rule 38.

**Per Curiam**