# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-8004**                                        **September Term, 2013**

1:99-cv-00125-JMF

**Filed On:** November 19, 2013

In re: Odillia Mutaka Mwani, et al.,

        Petitioners

        **BEFORE:**    Rogers, Tatel, and Srinivasan, Circuit Judges

### O R D E R

Upon consideration of the petition for leave to file an interlocutory appeal pursuant to 28 U.S.C. § 1292(b), the court's order to show cause filed August 2, 2013, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the petition be denied. Petitioners have not demonstrated that they have standing to appeal, Deposit Guar. Nat'l Bank v. Roper, 445 U.S. 326, 333-34 (1980), and therefore have failed to show that "exceptional circumstances" justify an interlocutory appeal. Coopers & Lybrand v. Livesay, 437 U.S. 463, 474-75 (1978).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no appeal has been allowed, no mandate will issue.

**Per Curiam**